1134

No. 11–7527. OLMOS-OLVERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7528. ALCANTARA-RAMIREZ, AKA CONFESOR ALCANTARA, AKA RAMIREZ-ALACANTARA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–7533. MURRAY *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–7537. PEREZ-MONTERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7538. MILLS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7539. ROBINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7544. PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7545. BURROWS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7546. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7548. HUNG NAM TRAN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 11–7550. CABACCANG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7551. D'ANDREA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7552. EARLY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7554. CHAVEZ-PULIDO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7557. WILLIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.